**Order filed November 26, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00841-CV
_____

## IN THE INTEREST OF S.P. AKA. S., A CHILD

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-00441J**

---

## ORDER

On November 8, 2018, this court ordered appointed counsel, William Thursland, to file a brief on or before November 18, 2018. No brief was filed. Accordingly, we issue the following order.

We ORDER the judge of the 314th District Court to immediately conduct a hearing to determine:

(1) the reason for the failure to file a brief;

(2) whether appellant desires to continue this appeal; and

(3) if appellant desires to continue the appeal, a date certain when appellant's brief will be filed.

The judge shall:

(1) appoint new appellate counsel for appellant if necessary;

(2) see that a record of the hearing is made;

(3) make findings of fact and conclusions of law; and

(4) order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions.

The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court on or before **December 4, 2018**.

If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date. If counsel files a brief before the date set for a hearing, the trial court need not hold a hearing.

PER CURIAM